```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

**LARRY J. MCKENDALL**                                  **CIVIL ACTION**

**VERSUS**                                              **No. 08-491**

**WAYNE ANTHONY LANGE, JR.**                            **SECTION: "I"/5**
**CONSTRUCTION COMPANY,** *et al.*

### ORDER AND REASONS

Before the Court are the following motions:

1) a motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction filed on behalf of defendant, John S. Lawrence, Jr., ("Lawrence")[1] and

2) a motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction filed on behalf of defendants, Hector Lopez ("Lopez") and Rykert O. Toledano ("Toledano").[2]

Having thoroughly reviewed Lawrence's, Lopez's, and Toledano's motions to dismiss[3] and the applicable law, and

---

[1] Rec. Doc. No. 44.

[2] Rec. Doc. No. 48.

[3] In their motions to dismiss, Lawrence, Lopez, and Toledano assert that this Court lacks subject matter jurisdiction because there is not complete diversity of citizenship among the parties, as required by 28 U.S.C. § 1332. 28 U.S.C. § 1332 (2006); Rec. Doc. No. 44-2, p. 1; Rec. Doc. No. 48-2, p. 1. Furthermore, Lawrence, Lopez, and Toledano argue that plaintiff has not asserted a cause of action arising under the Constitution, laws, or treaties of the United States as required by 28 U.S.C. § 1331.  28 U.S.C. § 1331

considering the fact that said motions are unopposed, the Court finds that it lacks subject matter jurisdiction over plaintiff's claims against Lawrence, Lopez, and Toledano.[4]

Accordingly,

**IT IS ORDERED** that Lawrence's, Lopez's, and Toledano's motions to dismiss are **GRANTED** and that plaintiff's claims against Lawrence, Lopez, and Toledano are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, August 6, 2008.

_____
LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**

---

(2006); Rec. Doc. No. 44-2, p. 1; Rec. Doc. No. 48-2, p. 1.

[4] In his complaint, plaintiff fails to assert any basis for the proposition that this Court has subject matter jurisdiction over his claims against Lawrence, Lopez, and Toledano.